Plaintiff's Name **Lawrence Dee Williams**
Inmate No. **BKG# 0929479**
Address **P.O. Box 872**
**Fresno, Cal. 93712**

**FILED**
AUG 1 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Lawrence Dee Williams**            **F0993488FA**
(Name of Plaintiff)                  (Case Number)  **1:09 CV 01435**

vs.                                  COMPLAINT

**Jerry Dyer**                       Civil Rights Act, 42 U.S.C. § 1983
**Mayor Swearengin**

(Names of all Defendants)

1. **Previous Lawsuits** (list all other previous or pending lawsuits on back of this form):

    A. Have you brought any other lawsuits while a prisoner? Yes ✓ No ___

    B. If your answer to A is yes, how many? __1__
    Describe previous or pending lawsuits in the space below.
    (If more than one, use back of paper to continue outlining all lawsuits.)

    1. Parties to this previous lawsuit:

    Plaintiff **Lawrence Dee Williams**
    Defendants **Parole Agent(s) Hong and Mora Governor Arnold Schwarzenegger**

    2. Court (if Federal Court, give name of District; if State Court, give name of County)
    **United States District Court Sacramento**

    3. Docket Number **2009520474**    4. Assigned Judge **unknown**

    5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
    **Pending**

    6. Filing date (approx.) **7-6-09**    7. Disposition date (approx.) **N/A**

**RECEIVED**
AUG 1 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1

## II. Exhaustion of Administrative Remedies

    A. Is there an inmate appeal or administrative remedy process available at your institution?

    Yes ✗   No ___

    B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

    Yes ___   No ✗

    If your answer is no, explain why not   *Still waiting for Response*

    C. Is the process completed?   *no*

    Yes ___   If your answer is yes, briefly explain what happened at each level.

    No ✓   If your answer is no, explain why not.   *Still waiting for Response*

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

    A. Defendant *Jerry Dyer* is employed as *(Fresno) Police Chief* at *Fresno Police Department*

B.  Additional defendants  Fresno Police Chief Jerry Dyer
Fresno Mayer Swearengin

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Both defendants slandered me by lying on T.V. and in the news paper between the days of 6-15-09 and 6-16-09, and 6-17-09. which put my life in jeopardy. I was assalted in general population and was subsequently placed in protective custody. Prior to this insident I was not charged with any crime or warrent.

## V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

monitary damages as follows;
$1,000,000.00 each defendant.
Released from custody
No ferther hurrasment or slander by defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Date 8-6-09        Signature of Plaintiff  Lawrence Dee Williams

(revised 6/01/04)

(6) Copy

MJ5E9

# NOTICE OF ADDITIONAL CHARGES

Inmate's Name __WILLIAMS, LAWRENCE__ DOB __12-27-50__ Housing Location __MJ-1-0-1-TOOK__

Booking Number __6929479__ JID Number __0197295__

| | Specific Charge | Warr/Case # | Judicial District | Judge | Date of Issue | Bail Amount |
|---|---|---|---|---|---|---|
| Ct 1 | PC 290.015 | 09047126-1 | | | | 10,000 |
| Ct 2 | FELONY | | | | | |

☒ You are hereby given notice that new charges have been placed on you as indicated above.
PC 836 charges require that a Fresno County Law Enforcement Arrest Report (J-2 form) be completed and submitted

Arresting Officer's Name __DETECTIVE S. BISHOP__ Agency __FRESNO POLICE__
Badge/Computer Number __P1513__ Date __06-12-2009__ Time __1730__

☐ A warrant issued for your arrest has been discovered. The warrant was issued in Fresno County and the new charge has been placed on you as indicated above. You will be taken before a local magistrate if you do not post bail. A copy of the warrant abstract is attached (pursuant to Penal Code Section 850).

☐ The warrant was issued from a California county, other than Fresno. The other county will **NOT be notified** that you are ready for pick up **until you have completed your court process and/or sentence** in Fresno County. A copy of the warrant abstract is attached.

☐ Pursuant to Penal Code Section 1381, if you are currently sentenced to a *minimum of 90 days* (Fresno County time), and have no open charges, you may request to be taken to _____ County to answer the charge pending against you. (The District Attorney of _____ County will have 90 days in which to bring you for sentencing or to trial, so you should have at least 90 days remaining on your sentence). If you would like to pursue this option, request and complete a 1381 Form.

☐ You are not currently sentenced to a minimum of 90 days. The agency representing the warrant jurisdiction must pick you up within the following time parameters, or you will be released (pursuant to Penal Code Sections 821 and 822):

   ☐ By midnight on the date of notification. You have a misdemeanor warrant that meets the Fresno County citation criteria.
   ☐ Forty-eight (48) hours from the time the agency is notified that you are ready for pick-up. You have a misdemeanor warrant that does not meet the citation policy.
   ☐ At 6:00 p.m., five (5) calendar days from the date the agency is notified that you are ready for pick-up. You have a felony warrant and the other agency is located within a 400 mile radius.
   ☐ At 6:00 p.m., seven (7) calendar days from the date the agency is notified that you are ready for pick-up. You have a felony warrant that was issued by an agency that is located further than 400- miles from Fresno.

☐ You are currently serving a sentence on a misdemeanor conviction. If you wish to plead guilty or nolo contendere on the misdemeanor Vehicle Code violation you have pending in _____ County, you may request to appear before the Fresno Court that sentenced you. If you would like to pursue this option, check this box ☐ or submit a request slip (pursuant to Penal Code Section 858.7. Sentencing court shall be advised).

☐ The warrant was issued in the State of _____ and shall be processed utilizing normal extradition procedures as defined by Title XII, Chapter 4 of the California Penal Code. A member of the Transportation Unit will contact you within the next three business days. A copy of the warrant abstract is attached.

_____  6-16-09     N/A      7973   6/12/09
Inmate's Signature          Date     Issuing Records Officer  Computer ID #   Date

Original – Return to Jail Records
Yellow – Inmate Copy (attach warrant abstract)
Pink – Jail I Bureau (detach and route immediately)

J-169

# City sex offender tracking pays off

**By Jim Guy**
*The Fresno Bee*

Fresno's mayor and police chief Tuesday said a convicted rapist is back behind bars because of the city's new approach to tracking paroled sex offenders.

The program was put in place after Mayor Ashley Swearengin's plan for GPS monitoring ran into legal difficulties. The new program assigns two detectives to find paroled offenders who do not comply with laws requiring them to register with police.


**Lawrence Dee Williams**

Chief Jerry Dyer credited one of those detectives with tracking down Lawrence Dee Williams, 58, convicted of a Texas double murder in 1966 and a Merced home-invasion rape in 1980. Williams was released from prison on April 5 but failed to notify authorities of his whereabouts.

Dyer called Williams "a very dangerous individual," and said there was no doubt he would offend again.

After police were informed that Williams was near the Fresno Rescue Mission in southwest Fresno, the detective went undercover to hunt for him. Williams was seen in the area, and the detective arrested him after a struggle, Dyer said.

At a news conference, Swearengin and Dyer said putting "feet on the street" is starting off as a successful substitute to their first plan — monitoring parole offenders through satellite tracking.

State Attorney General Jerry Brown's office warned city officials that GPS monitoring might run into legal challenges due to ambiguities in state law. So instead, two retired police officers now handle sex-offender registration and related data-entry duties, which frees the two detectives for field work.

Dyer said there are an estimated 1,700 registered sex offenders in the city, and 50% of them are out of compliance with registration requirements. The department is targeting those most likely to be a danger to the public.

▶ The reporter may be reached at jguy@fresnobee.com or (559) 441-6339.

(6) Copy

**RECEIVED**
JUL 14 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

To: Victoria C. Minor
Regarding Case # 2009S20474

Mayor Ashley Swearengin, Police Chief Jerry Dyer, and the Parole Board are behind a conspiracy against me. I need an attorney in this matter. Parole has transferred my case from G. Street to Tulare St. They are working together against me. If you can please grant me access or supply me with a court order to go to the law library to work on my civil rights suit. Under the United States Constitution a person is innocent until proven guilty. I was found guilty and sentenced to 18 months by the Mayor and Police Chief Jerry Dyer. I appeared on the news for 3 consecutive days from June 15-17. I also appeared in the newspaper on June 17. I have already been convicted in this case yet have not even been arraigned. I was in the main jail on the 5th floor and was assaulted when I appeared on the news and in the newspaper. Consequentially, I was placed in lockdown. I would like to request from the court that my case be immediately transferred to either Los Angeles or Oakland. I believe I will not receive a fair trial in my current location. My case has been shown all over the valley, and my life is in danger on the streets. I was told when you are convicted and have finished serving your sentence for your crime you are left alone. I have been continually tried for a 1966 and 1980 case. I am seeking restitution because my civil and Constitutional rights have been violated.

P.S. I would like to have a lawyer from out of town. Preferrably from San Diego, San Francisco, Oakland or Los Angeles.

This statement is to the best of my knowledge, the truth, the whole truth and nothing but the truth, so help me God.

I also need (2) two forms for filing a complaint by a prisoner under civil rights statute 42 U.S.C. § 1983.

I Also need to know if parole agents Hong, and Mora as well as Governor Arnold Schwarzenegger have been served their paperwork.

Lawrence Williams 7-7-09

# Fresno County Sheriff'S Department
## Booking Report with Photo

**06/27/2009**

**Facility:** FRESNO COUNTY JAIL                    **Unit:** NJ, 04, 0A, 21



**Inmate Name:** WILLIAMS, LAWRENCE

**ID:** 0197295
**FBI ID:** 00123018G
**SID:** A05837704

| | | | |
|---|---|---|---|
| **Phone:** | +0 | **Gender:** | MALE |
| **DOB:** | 12/27/1950 | **Ethnicity:** | BLACK |
| **Age:** | 58 | **Height:** | 5' 9" |
| **DL No.** | V8002311 | **Weight:** | 190 |
| **Birth Location:** | Detroit, Michigan | **Right Eye Color:** | BROWN |
| **Status:** | PRE-TRIAL IN JAIL | **Left Eye Color:** | BROWN |
| **Custody Status:** | STATE | **Hair Color:** | BLACK |
| **Occupation:** | Unknown | **Handedness:** | Unknown |
| **Employer:** | Unknown | | |

| | | | |
|---|---|---|---|
| **Booking No.** | 0929479 | **Security Class:** | ASG19 |
| **Officer:** | BROBST | | |
| **Date:** | 06/12/2009 | | |

| | | | |
|---|---|---|---|
| **Arrest Date:** | 06/12/2009 12:45 | **Occurrence Date:** | Unknown |
| **Arrest Officer:** | S.BISHOP | **Location:** | FRESNO |
| **Role:** | ARRESTING OFFICER | | |
| **Agency:** | FPD | | |
| **Division:** | Unknown | | |

| | |
|---|---|
| Inmate Name: | WILLIAMS, LAWRENCE |
| Housing: | Fresno County Jail, MJ, 01, Male IN Booking |
| Trust Account #: | 20080100010 |
| Date: | 06/12/2009 |
| Batch #: | 09-06-12-0154 |
| Bank Ref #: | |
| Type Of Funds: | CASH |
| Check #: | |
| On Hold: | No |
| Starting Balance: | 0.00 |
| Amount: | 13.41 |
| Ending Balance: | 13.41 |
| Payor: | |
| Description: | BOOKING |

**Inmate Signature:** *S Williams*  Click To Sign

**Payor Signature:** _____  Click To Sign

# INMATE REQUEST FORM

NAME **Lawrence Dee Williams** DATE OF BIRTH **12-27-50**
BOOKING # **0929479** JID # **0197295** DATE **8-6-09**
HOUSING LOCATION: FACILITY **North Jail** FLOOR **4-A-21** POD/CELL **A-21**

REQUEST (Use the GREEN request form for medical issues.) **Check only ONE per request:**

## FLOOR/SECURITY OFFICERS

- [ ] What are my CHARGES and BAIL AMOUNTS?
- [ ] When is my next COURT DATE?
- [ ] I would like a GRIEVANCE FORM
- [ ] I would like a HAIRCUT (once per month)
- [ ] I would like to be an INMATE WORKER
- [ ] I would like a LEGAL ENVELOPE
- [ ] I would like a MANILA LEGAL ENVELOPE (must have legal materials ready to mail)
- [x] How much MONEY do I have on my books?   **31¢**
- [ ] I would like to use the NAIL CLIPPERS
- [ ] When is my RELEASE DATE?
- [ ] I would like to modify my VISITING LIST
- [ ] I would like a 1381 FORM (sentenced with out-of-county warrant)
- [ ] Other

## LAUNDRY SUPERVISOR

- [ ] I would like to request a CLOTHING EXCHANGE (provide reason for request and size needed or request will not be processed)
- [ ] I would like to exchange my BLANKET (and it's been more than 90 days)

## LAW LIBRARY

- [ ] I would like a WRIT OF HABEAS CORPUS
- [ ] VC 41500 FORM (to dismiss non-felony traffic citations)
- [ ] LETTER OF MODIFICATION
- [ ] PROOF OF SERVICE

## CLASSIFICATION/POPULATION MANAGEMENT

- [ ] I would like to request a CLASSIFICATION REVIEW (refer to the Inmate Handbook for review guidelines)
- [ ] Other

## RECORDS

- [ ] I would like to talk to my PAROLE AGENT
  _____ CDC# _____
  Agent's Name
- [ ] I would like to talk to my PROBATION OFFICER
  _____
  Probation Officer's Name
- [ ] Other

## DETENTION PROGRAMS

- [ ] I would like to find out what classes I can sign up for
- [ ] I would like to receive a copy of the "What's Available?" brochure
- [ ] I would like a list of local drug and batterer's treatment programs
- [ ] I would like to be visited by a Chaplain
- [ ] Other

## SPECIAL FUNCTIONS UNIT

- [ ] I would like to request a PRIVILEGED COMMUNICATIONS form. Used for blocking telephone calls to your physician, religious advisor or out-of-town attorney. Submitting false or misleading information will be subject to discipline and having your phone-blocking privileges revoked.

## OTHER

- [ ] Use the space provided below:

Request _____

Response _____

Request Answered By: _____ Date: _____
Name/Computer Number

J-146 (5/08) English