# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE DEE WILLIAMS, | 1:09-cv-01435-OWW-SKO |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Document 5) |
| JERRY DYER and MAYOR SWEARENGIN | |
| Defendants. | |

Plaintiff Lawrence Dee Williams ("Plaintiff") is proceeding pro se and in forma pauperis in this defamation action filed on August 13, 2009.

On November 17, 2009, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED without leave to amend for failure to state grounds adequate to establish subject matter jurisdiction in this Court. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days. On December 10, 2009, Plaintiff filed a motion for a 90-day extension of time to file objections. This order was granted on April 26, 2010, and Plaintiff was given until June 1, 2010, to file objections. On May 5, 2010, Plaintiff filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including the objections,

the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated November 17, 2009, are ADOPTED IN FULL; and
2. The action be DISMISSED with prejudice.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated: June 18, 2010**          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE