# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LAWRENCE DEE WILLIAMS,**

CASE NO: **1:09–CV–01435–OWW–SKO**

v.

**JERRY DYER, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 6/18/2010**

**Victoria C. Minor**
Clerk of Court

ENTERED: **June 18, 2010**

by: /s/ A. Jessen
Deputy Clerk